# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROBINSON CABRERA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22cv2 |
| | § | Judge Mazzant |
| FIRST NATIONAL BANK OF TRENTON | § | |

## ORDER

On March 1, 2022, Defendant First National Bank of Trenton filed Suggestion of Bankruptcy Filing of Plaintiff Robinson Cabrera (Dkt. #6). The pleading indicates that Plaintiff Robinson Cabrera filed a Chapter 13 bankruptcy on February 28, 2022, in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 22-40254-BTR-13.

Accordingly, all claims asserted in the above-styled lawsuit are hereby **STAYED** pending further Order of the Court. *See GATX Aircraft Co. v. M/V Courtney Leigh*, 768 F.2d 711, 716 (5th Cir. 1985).

**IT IS SO ORDERED**.

**SIGNED** this 7th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE