# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERM DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ROBINSON CABRERA ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 4:22-cv-2 |
| ) | Judge Mazzant |
| FIRST NATIONAL BANK OF TRENTON ) | |
| ) | |
|    Defendant ) | |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robinson Cabrera and Defendant First National Bank of Trenton, through their undersigned counsel, stipulate and agree to voluntarily dismiss Plaintiff's claims with prejudice, with costs and attorneys' fees taxed against Plaintiff.

Dated:  June 21, 2022

                                                    Respectfully submitted,

                                                    */s/ Wade Kricken*

                                                    Wade Kricken
                                                    State Bar No. 24034527
                                                    4261 E. University Drive
                                                    Suite 30-261
                                                    Prosper, Texas 75078
                                                    214.418.1187 – telephone
                                                    214.593.3108 – facsimile
                                                    wade@krickenlawfirm.com

                                                    ATTORNEY FOR PLAINTIFF
                                                    ROBINSON CABRERA

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Mark D. Cronenwett* (with authorization conferred)

Mark D. Cronenwett
State Bar No. 00787303
Mackie Wolf Zients & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas Texas 75254
214.635.2650 – tel.
214.635.2686 – fax.

ATTORNEYS FOR DEFENDANT
FIRST NATIONAL BANK OF TRENTON

## CERTIFICATE OF SERVICE

  This shall certify that a true an accurate copy of the foregoing instrument was served on the following counsel on the 21st day of June, 2022, via email as follows:

**Via Email** **mconenwett@mwzmlaw.com**
Mark D. Cronenwett
State Bar No. 00787303
Mackie Wolf Zients & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas Texas 75254
214.635.2650 – tel.
214.635.2686 – fax.

ATTORNEYS FOR DEFENDANT
FIRST NATIONAL BANK OF TRENTON

                 */s/ Wade Kricken*

                 Wade Kricken